IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HADDRICK BYRD, | : | Civil No. 3:20-CV-00164 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| KATHY BRITTAIN, *et al.*, | : | |
| Defendants. | : | Magistrate Judge Karoline Mehalchick |

**ORDER**

**AND NOW**, on this 14th day of January, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. The report and recommendation issued by Chief United States Magistrate Judge Karoline Mehalchick (Doc. 27) is **ADOPTED IN ITS ENTIRETY**.

2. The parties' objections (Docs. 28–29) are **OVERRULED**.

3. Defendants' motion to dismiss (Doc. 19) is **GRANTED IN PART AND DENIED IN PART**. The motion is denied with respect to Plaintiff's claims against Cory Warford but granted with respect to Plaintiff's claims against all other Defendants.

4. Plaintiff may file an amended complaint in accordance with this order, the accompanying memorandum, and the report and recommendation on or before **February 15, 2021**.

5. If Plaintiff declines to file an amended complaint by the above date, Defendants are directed to respond to the original complaint in accordance with the Federal Rules of Civil Procedure.

6. This case is recommitted to Judge Mehalchick for further proceedings consistent with this order and the accompanying memorandum.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
